## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No. 12-58841 |
| Mark Fox | | |
| | * | Judge: PRESTON |
| Sandra Fox | | |
| Debtors | * | CH 13 |

**OBJECTION TO CLAIM 17 FILED OHIO DEPARTMENT OF TAXATION**

Now comes Debtors, by and through counsel, to object to claim number 17, filed by Ohio Department of Taxation, P.O. Box 530, Columbus, Ohio 43216 ("Creditor"), on February 19, 2013, for an unsecured priority claim in the amount of $3,108.67, and a general unsecured claim of $8,707.31 for sales and income tax.

Creditor's claim includes an amount of $3,562.39 for the beginning and end of 2009, however Debtor canceled his vendor's license on December 3, 2007. Creditor has acknowledged they received the cancelation in 2008 for those vendor licenses, and he should not been assessed for any years after 2007.

Due to Debtor canceling his vendor's license, Creditor's claim 17 should be disallowed as filed, reduced by $3,562.39 and allowed as an unsecured priority claim of $882.42, and a general unsecured claim of $7,371.17.

**WHEREFORE**, Debtors pray that this OBJECTION is SUSTAINED.

Respectfully submitted,

  _/s/ Michael A. Cox_
Michael A. Cox (0075218)
Guerrieri, Cox & Associates
2500 N. High St., Suite 100
Columbus, Ohio  43202
(614) 267-2871
(614) 267-2873 fax
cox@hgclaw.com
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | | * | Case No.  12-58841 |
| | Mark Fox | | |
| | | * | Judge:  PRESTON |
| | Sandra Fox | | |
| | Debtors | * | CH 13 |

**NOTICE OF OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE**

The above-named Debtors, by and through counsel, have filed an objection to your claim in this bankruptcy case.

**<u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before thirty (30) days after the date this notice was sent (set forth below) you or your lawyer must file a response with the U.S. Bankruptcy Court and serve the response upon counsel for the Debtor.  Any response shall state clearly in its caption the objection to which it is responding.

The address for the Court is:  U.S. Bankruptcy Court
170 N. High Street
Columbus, Ohio  43215-2403

**If you fail to timely respond to the Objection to your claim, then the Court may decide that you do not oppose the objection to your claim.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copy of the foregoing document(s) Objection to Claim and Notice was served upon the Trustee and U.S. Trustee electronically and by ordinary mail upon the Debtors and the following parties of interest on this the **Wednesday, April 03, 2013:**

Electronically Served:

U.S. Trustee
Frank M. Pees

Served via Ordinary Mail:

Ohio State Department of Taxation
Attn Bankruptcy
P.O. Box 530
Columbus OH 43216

Ohio Attorney General
Collections Enforcement, Attn: Bankruptcy
150 E. Gay St., 21st Floor
Columbus, Ohio 43215

Mark and Sandy Fox
299 Morrill Ave.
Columbus, OH 43207

Ohio Department of Taxation, Bankruptcy Division
P.O. Box 530
Columbus, OH 43216

Ohio Attorney General, Collections Enforcement
150 E. Gay St., 21st Floor
Columbus, OH 43215

Rebecca L. Daum
Ohio Department of Taxation
30 E. Broad Street, 22nd Floor
Columbus, OH 43215

                                                                 */s/ Michael A. Cox*
                                                             Michael A. Cox (0075218)