**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: May 15, 2013**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | * | Case No. 12-58841 |
| Mark Fox | | |
| | * | Judge: PRESTON |
| Sandra Fox | | |
| Debtors | * | CH 13 |

**ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM 17 (Doc. 35)**

This matter came before the Court on Debtor's Objection to Claim **17**, of Ohio Department of Taxation filed on April 3, 2013 (Doc. 35). The Court finds that all parties in interest have been served with the objection and have received notice of their opportunity to respond. No responses were filed within the allowed time. The Court further finds that the Objection is proper and well taken.

**IT IS THEREFORE ORDERED** that Claim **17** is DISALLOWED as filed and ALLOWED as reduced by $3,562.39 and allowed as an unsecured priority claim of $882.42, and a general unsecured claim of $7,371.17.

**IT IS SO ORDERED.**

Please Serve Default List and:

Ohio State Department of Taxation
Attn Bankruptcy
P.O. Box 530
Columbus OH 43216

Ohio Attorney General

Collections Enforcement, Attn: Bankruptcy
150 E. Gay St., 21st Floor
Columbus, Ohio 43215

Ohio Department of Taxation, Bankruptcy Division
P.O. Box 530
Columbus, OH 43216

Ohio Attorney General, Collections Enforcement
150 E. Gay St., 21st Floor
Columbus, OH 43215

Rebecca L. Daum
Ohio Department of Taxation
30 E. Broad Street, 22nd Floor
Columbus, OH 43215

###